UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LISA PATTERSON McCARDLE,

    Plaintiff(s),

v.

CARLISLE FOOD SERVICE
PRODUCTS INC, et al

    Defendant(s).
_____/

Case No. 1:16-CV-00232

Hon. Gordon J. Quist

## CASE EVALUATION

The evaluation panel [✓] unanimously [ ] non-unanimously finds, inclusive of all attorney fees and costs, in favor of: *Plaintiff and against defendants in the amount of $100,000.00 (one hundred thousand and 00/100).*

Date: July 20, 2017

_____
Neutral Evaluator/Chairperson

_____
Plaintiff's Evaluator

_____
Defendant's Evaluator

A copy of this CASE EVALUATION AWARD was served on all counsel of record on 7/20/17.

NOTE: Each party must file with the ADR Administrator a written acceptance or rejection of the panel's evaluation within 28 days after service of the panel's evaluation. If there are separate awards on multiple claims, each party must either accept or reject the evaluation in its entirety as to each opposing party. The failure to file a written acceptance or rejection within 28 days constitutes rejection.

THIS FORM IS NOT TO BE E-FILED

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

LISA PATTERSON MCCARDLE,

    Plaintiff,

v.

CARLISLE FOOD SERVICE PRODUCTS INCORPORATED, et al

    Defendants.

_____/

Hon. Gordon J. Quist

Case No. 1:16-cv-00232

## CASE EVALUATION RESPONSE

The Case Evaluation Award has been received. The twenty-eight (28) day response period expires on August 17, 2017. Please indicate your acceptance or rejection of the award:

| | | |
|---|---|---|
| Plaintiff(s) | [X] Acceptance | [ ] Rejection |
| Defendant(s) | [ ] Acceptance | [ ] Rejection |

DATE: 8/15/2017

Printed Name: Benjamin Mills

Pursuant to W.D. Mich. LcivR 16.5, failure of a party to file a response within twenty-eight (28) days constitutes a rejection.

Please forward your response to: U.S. District Court, ADR Dept., 399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503. Your response should not be e-filed.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

LISA PATTERSON MCCARDLE,

    Plaintiff,

v.

CARLISLE FOOD SERVICE PRODUCTS
INCORPORATED, et al

    Defendants.
_____/

Hon. Gordon J. Quist

Case No. 1:16-cv-00232

## CASE EVALUATION RESPONSE

The Case Evaluation Award has been received. The twenty-eight (28) day response period expires on August 17, 2017. Please indicate your acceptance or rejection of the award:

| | Acceptance | Rejection |
|---|---|---|
| Plaintiff(s) | ☐ | ☐ |
| Defendant(s) | ☒ | ☐ |

DATE: 8/14/17

Signature: _Ronald Wagner_
Printed Name: RONALD WAGNER

Pursuant to W.D. Mich. LcivR 16.5, failure of a party to file a response within twenty-eight (28) days constitutes a <u>rejection</u>.

Please forward your response to: U.S. District Court, ADR Dept., 399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503. **Your response should not be e-filed.**